# United States Court of Appeals
## For the First Circuit

No. 09-1693

UNITED STATES OF AMERICA,

Appellee,

v.

ROBERT DUNBAR,

Defendant, Appellant.

ERRATA SHEET

The opinion of this Court issued on October 26, 2011, is amended as follows:

On page 6, line 10, replace "concurrent" with "concurrently"